(92 South. 913)

### HANNERS v. STATE.   (4 Div. 759.)

(Court of Appeals of Alabama. April 11, 1922.)

Criminal law ⬅1218—Defendant must be sentenced to county jail, where imprisonment is for one year or less.

Under Code 1907, § 7620, specifying legal punishment, where the term of imprisonment is for one year or less, the defendant must be sentenced to the county jail, or to hard labor for the county, and not to the state penitentiary.

Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

Albert Hanners was convicted of manslaughter, and he appeals. Affirmed as to the conviction, but reversed for proper sentence.

Defendant was indicted on a charge of murder in the first degree, and on his trial was convicted of manslaughter in the first degree, and from the judgment he appeals.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J. There is no bill of exceptions, and so far as the record discloses there was no error in the judgment of conviction; but the court erred in sentencing the defendant to a term of one year in the penitentiary. In all cases in which the imprisonment or sentence is 12 months or less, the party must be sentenced to imprisonment in the county jail, or to hard labor for the county. Code 1907, § 7620. There being no error in the judgment of conviction, it is therefore affirmed, and the cause will be reversed for a proper sentence. Ex parte Adams, 187 Ala. 10, 65 South. 514; Robinson v. State, 6 Ala. App. 13, 60 South. 558.

The judgment of affirmance heretofore rendered is ex mero motu set aside, the former opinion is recalled, and the judgment of conviction is affirmed, and reversed for proper sentence.

Affirmed in part, and reversed for proper sentence.